IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 SEP -2  A 10: 10

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES OF AMERICA,            :

      Plaintiff,            :

      v.            :   Civil No. S-95-2078

BETTY J. PAYNE,            :

      Defendant.            :

.....ooOoo.....

ORDER OF SATISFACTION

Mr. Clerk:

      Please enter the judgment in the above-entitled action, to include principal,

interest, and costs, as PAID, SETTLED, and SATISFIED.

                      Respectfully submitted,

                      Rod J. Rosenstein
                      United States Attorney

By: _____
                      Thomas F. Corcoran
                      Assistant United States Attorney
                      36 South Charles Street
                      Fourth Floor
                      Baltimore, Maryland 21201
                      410/209-4800
                      (Trial Bar No. 24894)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29ᵗ day of _August_ , 2008, a copy of the

Order of Satisfaction was sent, first class mail, postage prepaid to:

Betty J. Payne
404 E. Capitol Street, N.E.
Washington, D.C.  20019

Thomas F. Corcoran
Assistant U.S. Attorney